Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Henrietta Sherman**                                                                 **Docket No. 05-00038-001**

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Henrietta Sherman, who was placed on supervision by the Honorable Frederick P. Stamp, Jr., sitting in the Court at Wheeling, West Virginia, on the 4th day of April 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Participate in a program of testing and treatment for substance abuse.

| | |
|---|---|
| 04-04-02: | Distribution of Crack Cocaine Within 1,000 Feet of a Playground, 30 months' imprisonment, followed by 5 years' supervised release. |
| 12-24-03: | Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington. |
| 01-18-05: | Jurisdiction transferred from the Northern District of West Virginia to the Western District of Pennsylvania. (Docket No. 05-00038-001 Assigned). |
| 02-14-05: | Bench warrant issued; Case made inactive. |
| 03-03-05: | Released pending supervised release violation hearing. |
| 05-27-05: | Ms. Sherman failed to appear for a supervised release violation hearing; Second warrant issued. |
| 06-07-05: | Warrant lifted; Ms. Sherman released from imprisonment to attend drug treatment. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall not commit another federal, state, or local crime.**

Your Petitioner reports that in the Allegheny County Court of Common Pleas on January 27, 2006, at CC 200517835, the supervised releasee pled guilty to a charge of Possession of a Controlled Substance (Crack Cocaine). The offense occurred on November 29, 2005, which was during the supervised releasee term.

U.S.A. vs. Henrietta Sherman
Docket No. 05-00038-001
Page 2

**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

Your Petitioner reports that the supervised releasee failed to notify the probation officer of her being charged with Possession of a Controlled Substance(Crack Cocaine) and Possession of Drug Paraphernalia.

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

Your Petitioner reports that a urine sample taken on March 17, 2005, tested positive for cocaine and marijuana.

PRAYING THAT THE COURT WILL ORDER that the afore-cited violations of supervision be incorporated as part of the Petition Action previously made part of the records in this case on February 14, 2005.

ORDER OF COURT

Considered and ordered this 25th day of June, 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 16, 2006

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA