IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-38 |
| | ) |
| HENRIETTA SHERMAN, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of July, 2006, following a hearing on defendant's supervised release violation, IT IS HEREBY ORDERED that the judgment and commitment order, issued by the United States District Court for the Northern District of West Virginia and dated April 4, 2002, is amended as follows:

> "The defendant's period of supervised release shall expire on December 31, 2006. From the date of this order, until that date, the defendant shall remain at Renewal Inc., a residential community treatment center, located at 339 Boulevard of the Allies, Pittsburgh, PA 15222, after which her period of supervised release shall be terminated."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:  Scott W. Brady,
     Assistant United States Attorney

     Linda E.J. Cohn,
     Assistant Federal Public Defender

     Donald Covington,
     United States Probation Officer

     United States Marshal

Bureau of Prisons
346 Marine Forces Dr.
Grand Prairie, TX 75051